UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AETNA LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MART T. COSMAN, and HARRY P. )<br>COSMAN, )<br>)<br>Defendants. ) | Civil Action No. 04-11046-RGS |

### AETNA LIFE INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Aetna Life Insurance Company submits the following as its Corporation Disclosure Statement:

1.    The filing party, a nongovernmental corporation, identifies the following parent company, which is a publicly held corporation, that controls the filing party, directly or through others, or which own 10% or more of the party's stock: Aetna Inc., a corporation organized under the laws of the State of Pennsylvania.

2.    The filing party identifies the following publicly held corporations with which a merger agreement with the party exists: none.

3.    Aetna Inc., a corporation organized under the laws of the State of Pennsylvania is the parent company of plaintiff Aetna Life Insurance Company.

Respectfully submitted,

AETNA LIFE INSURANCE COMPANY,
By its attorney,

*[signature: Edward P. O'Leary]*

Edward P. O'Leary, BBO #551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA 02110
(617) 695-2330

Date: October 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all other counsel of record, as set forth below, by first class mail postage prepaid on this 14th day of October, 2004.

Georgia S. Curtis, Esq.
Sims & Sims
P.O. Box 7367
Brockton, MA 02303

David C. McBride, Esq.
19 Cherry Street
Danvers, MA 01923

Thomas P. Callaghan, Esq.
Kelliher & Callaghan
15 Ferry Street
Malden, MA 02148

*[signature: Edward P. O'Leary]*

Edward P. O'Leary