UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AETNA LIFE INSURANCE COMPANY, )
)
               Plaintiff )
v. ) CIVIL ACTION NO. 04-11046-RSG
)
MARY T. COSMAN AND HARRY P. COSMAN, )
)
               Defendants )

**CERTIFICATION PURSUANT TO SECTION D(3) OF**
**THE NOTICE OF SCHEDULING CONFERENCE**

Now comes the defendant in the above captioned matter, Mary T. Cosman, and her counsel, David C. McBride, and, pursuant to Section D(3) of the Notice of Scheduling Conference issued in this action, certify and affirm that we have met and conferred (a) with a view toward establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution through the use of its alternative dispute resolution programs.

Signed this 15th day of October, 2004.


_____        _____
Mary T. Cosman                             David C. McBride, Esq.
                                                           Counsel to Mary T. Cosman