UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) MART T. COSMAN, and HARRY P. ) COSMAN, ) ) Defendants. ) | Civil Action No. 04-11046-RGS |

## AETNA LIFE INSURANCE COMPANY'S
## LOCAL RULE 16.1 CERTIFICATION

Pursuant to The Court's Notice of Scheduling Conference dated October 25, 2004, and L.R. 16.1(D)(3), the undersigned certify that they have conferred to discuss:

(1) the budget for the costs of conducting the full course -- and various alternative courses--of the litigation; and

(2) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

AETNA LIFE INSURANCE COMPANY
By its attorney,

*[signature]*
Edward P. O'Leary, BBO 551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA 02110
(617) 695-2330

Dated: October **, 2004

AETNA LIFE INSURANCE COMPANY
By its authorized representative

*[signature]*
Ronald Campo
Consultant, Life Claim Services
Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156-3007
(860) 273-0033