UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AETNA LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MART T. COSMAN, and HARRY P. )<br>COSMAN, )<br>)<br>Defendants. )  | Civil Action No. 04-11046-RGS |

**ORDER GRANTING PLAINTIFF'S MOTION TO PAY LIFE INSURANCE PROCEEDS INTO THE COURT'S REGISTRY**

This case came before the Court, (____Stearns____, J. presiding), on plaintiff Aetna Life Insurance Company's ("Aetna") Assented-to Motion for an Order on Money Paid into Court, and the issues having been duly considered and findings made, and pursuant to Fed. R. Civ. P. 22 the Court having found no just reason for delay in allowing Aetna to pay the disputed life insurance proceeds relating to its deceased insured Robert J. Cosman ("Harry") into Court,

It is hereby Ordered and Adjudged,

1. That Aetna pay into the Court, by check payable to Clerk of Court for the United States District Court for the District of Massachusetts, the death claim proceeds due and owing under Group Policy No. 877072 ("the Policy"), in the amount of one hundred and sixty thousand two hundred and twenty ($160,220) dollars ("the Proceeds").

2. That all claims that the defendants individually or jointly have or may have against Aetna with respect to the Policy shall be extinguished upon payment of the Proceeds into the Court's registry; and

- 2 -

3.   That upon Aetna's payment of the Proceeds into the Court's registry the defendants individually or jointly shall be enjoined from instituting or prosecuting any other action, claim or proceeding in any administrative agency, state or federal court against Aetna as to the subject matter of this action or as to the Policy.

Dated at Boston, Massachusetts, this 25th day of October 2004.

*Richard G. Stearns*
United States District Judge