₳AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Aetna Life Insurance Company, Plaintiff

v.

Mary T. Cosman and Harry P. Cosman, Defendants

**APPEARANCE**

Case Number: 04-11046-RSG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Harry P. Cosman, Defendant

I certify that I am admitted to practice in this court.

October 25, 2004
Date

_Georgia A. Curtis_
Signature

Georgia S. Curtis   #650214
Print Name         Bar Number

Sims & Sims, LLP
53 Arlington Street
Address

Brockton         MA         02301
City             State      Zip Code

(508) 588-6900   (508) 586-3320
Phone Number     Fax Number