UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AETNA LIFE INSURANCE COMPANY,
    Plaintiff,

v.

MARY T. COSMAN and HARRY P. COSMAN,    Civil Action No. 04-11046-RGS

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff, Aetna Life insurance Company ("Aetna) and defendants Mary T. Cosman and Harry P. Cosman hereby stipulate and agree that this action, including any claims, counterclaims or cross claims, be dismissed with prejudice and without costs, waiving all rights of appeal as well as notice under Fed. R. Civ. P. 77(d).

| AETNA LIFE INSURANCE COMPANY<br>By its attorney, | MARY T. COSMAN,<br>By her attorney, |
|---|---|
| /s/ Edward P. O'Leary<br>Edward P. O'Leary, BBO#551932<br>Fitzhugh, Parker & Alvaro, LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 695-2330 | /s/ David C. McBride<br>David C. McBride, BBO#326910<br>Law Office of David C. McBride<br>19 Cherry Street<br>Danvers, MA 01923<br>(978) 777-7733 |

HARRY P. COSMAN,
By his attorney,

*Georgia S. Curtis*
Georgia S. Curtis, Esq., BBO#650214
Sims & Sims, LLP
53 Arlington Street
Brockton, MA 02301

Dated: November 29, 2004